In the Matter of EDWARD GIBBONS, an Alleged Incompetent Person, Respondent.

SADIE G. BRADBURY, Appellant; ADELAIDE G. WATERMAN et al., Respondents.

*Matter of Gibbons,* 183 App. Div. 917, affirmed.
(Submitted October 1, 1918; decided October 15, 1918.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 1, 1918, which reversed an order of the Oneida County Court appointing a committee of the person and estate of Edward Gibbons upon the verdict of a jury finding him mentally incompetent and dismissed the proceeding. The reversal was upon the ground that the evidence did not justify a finding of incompetency and that the verdict was against the weight of evidence.

*Charles R. Bradbury* for appellant.

*M. William Bray* for respondent.

Order affirmed, with costs; no opinion.

Concur: Hiscock, Ch. J., Chase, Collin, Cuddeback, Hogan, McLaughlin and Crane, JJ.